IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

ELIZABETH CIRVES,

                Defendant.

ORDER

07-cr-149-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Elizabeth Cirves has filed a document titled "Addendum to Martinez v. Ryan Motion Sent February 28, 2013" and a Motion to Appoint Counsel.  In her addendum defendant says she mailed these documents to the court but thinks the court might not have received the documents because the zip code was wrong.

Defendant should know that on March 14, 2013, the court received her February 28, 2013 motion along with a motion to compel dated March 10, 2013.   Both were docketed on March 14, 2013 as docket nos. ##98 and 99. The court addressed both motions in an

1

order entered on March 28, 2013.  A copy of that order is included with this order for

defendant's information.

     Entered this 20th day of May, 2013.

                    BY THE COURT:

                    /s/

                    BARBARA B. CRABB
                    District Judge